

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Ricardo A. Samaniego, in his official capacity as County Judge, Carlos Leon, in his official capacity as County Commissioner, David Stout, in his official capacity as County Commissioner, Iliana Holguin, in her official capacity as County Commissioner, Carl L. Robinson, in his official capacity as County Commissioner, | § | No. 08-22-00029-CV |
| | § | Appeal from the |
| | § | County Court at Law No. 7 |
| | § | of El Paso County, Texas |
| | § | (TC# 2021-DCV-1132) |
| Appellants, | § | |
| | § | |
| v. | § | |
| | § | |
| Associated General Contractors of Texas, Highway, Heavy, Utilities & Industrial Branch and a Brothers Milling, LLC, | § | |
| | § | |
| Appellees. | § | |

**O R D E R**

The Court GRANTS the Appellees' motion for continuance of the submission and oral argument setting currently set for September 15, 2022. Accordingly, the above styled and numbered cause will be rescheduled for submission and oral argument on a later date.

IT IS SO ORDERED this 4th day of August, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.